UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PMG HOLDING SRL<br><br>*Plaintiff*<br><br>VERSUS<br><br>M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*<br><br>*Defendants* | CIVIL ACTION<br><br>NO.<br><br>SECTION " "     **ADMIRALTY**<br><br>MAG. ( ) |

## **VERIFIED COMPLAINT**

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The Verified Complaint of PMG Holding SRL against the M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*, in a cause for damages, civil and maritime, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, alleges upon information and belief, as follows:

1.

This is a lawsuit for vessel arrest and seizure pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, respectively, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Jurisdiction is conferred upon this Court pursuant to the Admiralty and Maritime Jurisdiction of the United States Courts, 28 U.S.C.A. § 1333 and Art. III of the United States Constitution.

3.

Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391(b) in that the vessel which is the subject of this action is or will soon be located within this District.

4.

At all times material hereto, plaintiff PMG Holding SRL ("PMG Holding") was and still is a foreign business entity organized and existing under the laws of a foreign country with offices located in London, England, UK and Athens, Greece. PMG Holding is an international supplier and broker of marine fuels to vessels and, in fact, supplied marine fuel oil as described herein to the M/V ARGOS M.

5.

At all times material hereto, defendant M/V ARGOS M was and still is Liberian flagged ocean-going general cargo vessel, IMO No. 9502788, and is now or will be during the pendency of process hereunder within this district and within the jurisdiction of this Honorable Court.

6.

On or about November 14, 2022, PMG Holding entered into a marine fuel oil supply agreement with those individuals and/or entities acting on behalf of the M/V ARGOS M wherein PMG Holding agreed to deliver and supply approximately 250 MT of Intermediate Fuel Oil (i.e., "Bunkers") to be loaded aboard the M/V ARGOS M in the Port of Triconamalee, Sri Lanka. See **Exhibit "A"**. The unit sales price was $873.00 per MT. *Id*. The marine fuel oil agreement states that the general maritime law of the United States shall apply with respect of maritime lien. *Id*.

7.

On or about November 17, 2022, PMG Holding did deliver and supply 249.631 MT of Bunkers to the M/V ARGOS M which were then loaded into the vessel. Receipt of the Bunkers

by the M/V ARGOS M is evidenced by a Bunker Delivery Note signed by the Chief Engineer of the M/V ARGOS M and endorsed with the M/V ARGOS M's seal.  See **Exhibit "B"**.  The Bunker Delivery Note states that the supply of marine fuel to the vessel is on the credit of the M/V ARGOS M and that the supplier of the Bunkers shall have a maritime lien over the vessel.  *Id*.

8.

On or about November 18, 2022, PMG Holding issued an invoice No. 22244811Tri in the amount of $217.927.86 to those individuals and entities acting on behalf of the M/V ARGOS M including, but not limited to, the vessel's master, owners, managers, charters, and/or operators for the Bunkers supplied to the vessel in the Port of Triconamalee, Sri Lanka.  See **Exhibit "C"**.

9.

To date, despite accepting the aforementioned Bunkers and receiving the beneficial use thereof, the M/V ARGOS M and/or the vessel's master, owners, managers, charters, and/or operators have failed to pay PMG Holding the amount due for the Bunkers that were supplied to the M/V ARGOS M in the Port of Triconamalee, Sri Lanka.  The full amount of the invoice of $217.927.86 plus late fee penalties through February 17, 2023 of $10,896.93, and ongoing, and which remains due and owing, although duly demanded.

10.

Plaintiff PMG Holding has faithfully performed all obligations under the marine fuel oil supply agreement to the M/V ARGOS M in the Port of Triconamalee, Sri Lanka.

11.

As a result of the foregoing, pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, PMG Holding brings this action against the M/V ARGOS M to enforce the maritime lien that arose as a matter of law and also by contract.  PMG

Holding is entitled the proceeds of the sale of the M/V ARGOS M to satisfy its claims for the unpaid Bunkers of $217.927.86 plus late fee penalties through February 17, 2023 of $10,896.93, and ongoing, plus other taxable costs as a result of PMG Holdings having to bring this action, including but not limited to the costs and expenses to safeguard the vessel while under arrest which are presently estimated to be $15,000 as of this filing.

12.

PMG Holding agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies from any and all liability as a result of seizing and arresting the M/V ARGOS M.

13.

This Court has jurisdiction and shall retain jurisdiction over the M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*, until such time as this matter is adjudicated or the dispute between the parties are otherwise resolved.

14.

All and singular the foregoing premises are true and correct and within the admiralty jurisdiction of this Honorable Court.

WHEREFORE, PMG Holding SRL prays that:

1. This Verified Complaint be deemed good and sufficient;

2. The M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*, be arrested, pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and that all persons claiming any right, title or interest in said vessel be summoned to appear and to answer on oath all and singular the matters aforesaid;

3. This Court order the Clerk of Court issue a warrant for the arrest and seizure of the M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*,;

4. The M/V ARGOS M be sold to pay the demands of aforesaid with interest, costs, and disbursements, under the direction of this Court, the proceeds of the sale be brought into the registry of the Court, and this Court retain the arrested vessel and/or the proceeds of sale of said vessel as security pending full adjudication and/or determination of the respective parties' rights;

5. This Court grant plaintiff PMG Holding SRL such other and further relief as may be just and proper.

Respectfully submitted,

BROOKS GELPI HAASÉ, L.L.C.

*/s/ Philip S. Brooks, Jr.*

_____
PHILIP S. BROOKS, JR., T.A. (LA #21501)
RONALD J. KITTO (LA #28638)
909 Poydras Street, Suite 2325
New Orleans, LA 70112
Telephone: (504) 224-6723
Facsimile: (504) 534-3170
E-mail: pbrooks@brooksgelpi.com
rkitto@brooksgelpi.com

*Attorneys for Plaintiff, PMG Holding SRL*

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

PHILIP S. BROOKS, JR.

who deposed and said that he is a partner in the firm of Brooks Gelpi Haase, LLC, attorneys for plaintiff herein; that he has read the foregoing Verified Complaint and knows the contents thereof, and that the same are true to the best of his knowledge and belief; that the sources of his knowledge and the grounds for his belief are various documents furnished to him by plaintiff; that the reason this verification is made by deponent and not by plaintiff is that plaintiff is a corporation no officers of which are now within this district.

_____
PHILIP S. BROOKS, JR.

Sworn to and subscribed before me,
this 17th day of February, 2023.

_____
NOTARY PUBLIC

**Ronald J. Kitto**
**Notary Public**
**La. Bar Roll No. 28638**
Parish of Orleans, State of Louisiana
My Commission is issued for Life