

# PMG HOLDING SRL

**San José - Montes de Oca, Los Yoses, 8th and 10th avenue, thirty-ninth street, Costa Rica**
**Tel: +44 207 654 3795 | +44 207 041 9413 | E-Mail: bunkers@holdingpmg.com**

14 Nov, 2022

TO: MASTER AND/OR OWNERS AND/OR MANAGING OWNERS AND/OR CHARTERERS AND/OR BUNKER PURCHASERS AND/OR AGENTS ACTING ON BEHALF OF VESSEL OWNER AND/OR OPERATORS OF M/V ARGOS M AND/OR AUM Scrap and Metals Waste Trading LLC ACTING AS VESSEL OWNER AND / OR VESSEL CHARTERERS AND / OR BUNKER PURCHASER AND / OR AGENT ON BEHALF OF VESSEL OWNERS

ATTN: Dean Tennant
We are pleased to confirm having placed the following nomination:

| | |
|---|---|
| **OUR REFERENCE** | 22244811Tri |
| **CUSTOMER** | AUM Scrap and Metals Waste Trading LLC C/O ARGOS BULKERS INC c/o Pontos Marine Inc , 70, Vouliagmenis Avenue, Voula, 166 73 Athens, Greece. |
| **ADDRESS** | 18th Floor, Office 1829 Burjuman Business Tower, Dubai, , , United Arab Emirates |
| **VESSEL** | ARGOS M |
| **IMO** | 9502788 |
| **PORT** | Triconamalee |
| **DELIVERY LAYCAN DATE** | 15 Nov, 2022- 18 Nov, 2022 |

| FUEL GRADE | IFO | MGO |
|---|---|---|
| **SPEC** | VLSFO 0.5% | MGO 0.1% |
| **QUANTITY (pmt)** | 250 - 250 | 0 |
| **PRICE (USD pmt)** | $ 873.00 | $ 0.00 |
| **Barging / Trucking (USD lumpsum)** | $ 0.00 | |
| **Extra costs (USD)** | n/a | |
| **PAYMENT TERMS** | **30** / against copies of the BDR and the Invoice | |
| **BUYER** | SALES OF MARINE FUELS ARE MADE ON THE CREDIT OF M/V ARGOS M AND JOINTLY AND SEVERALLY OWNERS AUM Scrap and Metals Waste Trading LLC /MANAGING OWNERS/OPERATORS MANAGERS/DISPONENT OWNERS/CHARTERERS/BUNKER PURCHASERS AND IN REM AGAINST THE VESSEL AND SISTER VESSELS, IF ANY, AND AUM Scrap and Metals Waste Trading LLC IN MERE RECEIPT OF THIS CONFIRMATION CONFIRMS THATAUM Scrap and Metals Waste Trading LLC IS ACTING AND IS AUTHORISED TO ACT AS VESSEL OWNER AND / OR AGENT AND ON BEHALF OF THE VESSEL OWNER AND ACCEPTS RESPONSIBILITY FOR PAYMENT OF OUR BUNKER INVOICE BY EACH AND ALL OF THEM WITHOUT ANY DISCOUNT, DEDUCTION, SET-OFF OR COUNTERCLAIM, FREE OF ALL CHARGES REGARDLESS OF ANY CLAIM OF ANY NATURE WHATSOEVER | |
| **SELLER** | PMG HOLDING SRL | |
| **REMARKS** | As per company standard disclaimer / SUPPLY ALWAYS SUBJ TO WEATHER CONDITIONS AND BSS FIRST COME FIRST SERVE. Supply tonight on best endeavours and sub to timely coordination with agents.<br><br>Cancellation charges as per supplier's GTCs - $6000 lumpsum plus any price difference multiplied by the stemmed qty or the cancelled part thereof.<br><br>Specs ISO 8217 2017<br><br>Barge figures to be final and binding. Vessel's master must take barge initial and final soundings. Vessel's figures won't be accepted.<br><br>Quality claim period 15 days - Quantity claim/dispute to be reported on the spot, during supply and while hoses are still connected. | |

Signed by Buyer / Authorised representative _____

Stamped by Buyer / Authorised representative _____



EXHIBIT
"A"

Unless a specific laycan period is agreed prices are valid for 3 (three) days before and after the vessel's earliest ETA as agreed during stemming. If the vessel arrives outside the range the Sellers shall have the right at their own discretion to amend their prices and / or cancel the stem with no liabilities for the Seller

Supplier's barge tank figure, as ascertained jointly by vessel's chief engineer and barge staff before and after supply, to be conclusive evidence of quantities supplied (not ship's figures).

Buyers accept and agree that this agreement, for any disputes arising herein is subject to English law and the exclusive jurisdiction of the High Court of London and The General Maritime Law of the United States shall apply with respect of maritime lien. The Seller retains title to all products supplied until full settlement of its invoice is affected.

Interest on late payment will be charged at 2.5 % per month. A cancellation fee 5% of deal value (min USD1500) as well as any documented losses (including loss on hedge) suffered by the seller is applicable in case a stem is cancelled for any reason other than force majeure.

There is a 7 days limit from the delivery date to notify any possible dispute/claim which must be in writing with supporting evidence.
Owners/managers/agents/vessel guarantee that the vessel is not blacklisted and/or boycotted and/or under the sanctions of such countries as USA, EU or any other international organization or arrested due to her flag/ownership/crew employment/age/port state control in any countries and that owners/managers/agents/vessel have never had any connections with any Iranian/Syrian/North Korean/any other sanctioned jurisdiction company and vessel has not called at any Iranian/Syrian/North Korean/Crimea or any other sanctioned ports.

This confirmation is released to the Buyer in compliance with applicability of General Terms and Conditions as amended, varied or supplemented from time to time of the Seller and deemed to be fully accepted and understood by the Buyer stated above.

Where PMG Holding is not the Physical Supplier, the terms of the Physical Supplier are available upon request. Failure to request the terms & conditions of the physical supplier shall be taken as confirmation by the Buyer that they are aware of and accepts the terms & conditions of the Physical Supplier

Please notify us immediately in case of any changes to the item above.

Thank you for concluding this business with us.


**Kind regards,**
**PMG Holding**