UNITED STATES DISTRICT COURT FOR

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PMG HOLDING SRL<br><br>*Plaintiff*<br><br>VERSUS<br><br>M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*<br><br>*Defendants* | CIVIL ACTION<br><br>NO. 2:23-cv-00623<br><br>ADMIRALTY<br>SECTION " "<br><br>MAG. ( ) |

## ORDER

Considering plaintiff's *Ex Parte* Motion to Deputize Bob Toney, Bill O'Dell and Alan Swimmer of National Maritime Services, Inc. to Execute and Serve Vessel Arrest Warrant,

IT IS HEREBY ORDERED that for good cause shown that Mr. Toney, Mr. O'Dell and Mr. Swimmer National Maritime Services, Inc., 1915 SW 21st Avenue, Fort Lauderdale, Florida, is deputized for the limited purpose of executing and serving a vessel arrest warrant on the M/V ARGOS M while she is calling in the Port of New Orleans.

NEW ORLEANS, LOUISIANA, this 17th day of February, 2023

_____
UNITED STATES DISTRICT JUDGE