UNITED STATES DISTRICT COURT FOR

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PMG HOLDING SRL | CIVIL ACTION |
| *Plaintiff* | NO. 2:23-cv-00623 |
| VERSUS | ADMIRALTY |
| | SECTION " " |
| M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem* | |
| | MAG. ( ) |
| *Defendants* | |

## ORDER TO PERMIT MOVEMENT OF VESSEL

Considering the foregoing Motion to Permit Movement of Vessel,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDER that the M/V ARGOS M be and is hereby authorized to move at will within the district and carry out cargo operations, provided the vessel shall at all times remain within the jurisdictional confines of the Eastern District of Louisiana, and provided further that the arrest of said vessel shall remain undisturbed and in full force and effect.

Plaintiff agrees to hold the U.S. Marshal harmless and indemnify him from any damages.

New Orleans, Louisiana, this 17th day of February, 2023

UNITED STATES DISTRICT JUDGE