UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PMG HOLDING SRL | CIVIL ACTION |
| VERSUS | NO.: 23-623 |
| M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem* | SECTION: A(4) |

### ORDER TRANSFERRING CASE

The Court has been informed that the above-captioned matter is related to Civil Action No. 23-595, *Three Fifty Markets Ltd. v. Argos M M/V,* currently allotted to Section L(5) of this Court.

Accordingly, **IT IS ORDERED** that this matter is hereby transferred to Section L(5).

2/22/23

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

February 23, 2023
TRANSFERRED TO
**SECT. L  MAG 5**