| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>PMG HOLDING SRL | COURT CASE NUMBER<br>2:23-cv-623 Eastern District Louisiana |
|---|---|
| DEFENDANT<br>M/V ARGOS M and PONTOS MARINE, INC. and ARGOS BULKERS, INC. | TYPE OF PROCESS<br>Maritime Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V ARGOS M IMO 9502788

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Philip S. Brooks, Jr.
Brooks Gelpi Haasé, L.L.C.
909 Poydras Street, Suite 2325
New Orleans, LA 70112

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Served Vessel
Captain Tomov Kalin

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Philip S. Brooks*
TELEPHONE NUMBER: (504) 300-8295
DATE: 2/22/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No
District to Serve: No
Signature of Authorized USMS Deputy or Clerk
Date

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
M/V ARGOS M IMO 9502788
Date: 2/22/23
Time: 21:15 [ ]am [ ]pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy — as authorized

Costs shown on attached USMS Cost Sheet >>

REMARKS
Server deputized to serve vessel in lieu of US Marshals Service

Form USM-285
Rev. 03/21