UNITED STATES DISTRICT COURT FOR

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PMG HOLDING SRL<br><br>*Plaintiff*<br><br>VERSUS<br><br>M/V ARGOS M, her engines, machinery, boilers, tackle, etc., *in rem*<br><br>*Defendants* | CIVIL ACTION<br><br>NO. 2:23-cv-00623<br><br>**ADMIRALTY**<br>SECTION "L"<br>(Judge Eldon E. Fallon)<br><br>MAG. (5)<br>(Magistrate Judge Michael B. North) |

## **ORDER**

Considering Plaintiff PMG Holding SRL's *Ex Parte* Motion for Expedited Hearing and submission date on its Motion for Interlocutory Sale of the M/V ARGOS M,

IT IS HEREBY ORDERED that Plaintiff PMG Holding SRL's Motion for Expedited Hearing on its Motion for Interlocutory Sale of the M/V ARGOS M is granted; and

IT IS FURTHER ORDERED that the submission date for Plaintiff's Motion for Interlocutory Sale of the M/V ARGOS M is set for March 22, 2023 at 9:00 a.m.

NEW ORLEANS, LOUISIANA, this 16th day of March, 2023.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE